UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL REED,<br><br>        Plaintiff,<br><br>    v.<br><br>P. VERA, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00297-AWI-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT ALL CLAIMS AND DEFENDANTS BE DISMISSED, EXCEPT FOR PLAINTIFF'S CLAIM AGAINST DEFENDANT MADSEN FOR VIOLATING THE AMERICANS WITH DISABILITIES ACT<br><br>(ECF NOS. 1 & 14)<br><br>OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN DAYS |

      Mychal Reed ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      Plaintiff filed the complaint commencing this action on February 27, 2018. (ECF No. 1). The Court screened Plaintiff's complaint. (ECF No. 14). The Court found that Plaintiff's complaint stated "a non-frivolous claim against Defendant Madsen for violating the Americans with Disabilities Act." (Id. at 9). The Court also found that Plaintiff failed to state any other cognizable claims. (Id).

      The Court allowed Plaintiff to choose between proceeding only on the claim found cognizable by the Court in the screening order, amending the complaint, or standing on the complaint subject to the Court issuing findings and recommendations to a district judge consistent with the screening order. (Id.). On September 10, 2018, Plaintiff notified the Court that he wishes to proceed only on his claim against Defendant Madsen for violating the

1

Americans with Disabilities Act. (ECF No. 15).

Accordingly, for the reasons set forth in the Court's screening order that was entered on August 27, 2018 (ECF No. 14), and because Plaintiff has notified the Court that he is willing to proceed only his claim against Defendant Madsen for violating the Americans with Disabilities Act (ECF No. 15), it is HEREBY RECOMMENDED that all claims and defendants be dismissed, except for Plaintiff's claim against Defendant Madsen for violating the Americans with Disabilities Act.

These findings and recommendations are submitted to the United States district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **September 12, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE