# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL REED,<br><br>    Plaintiff,<br><br>v.<br><br>P. VERA, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00297-AWI-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF NOS. 1 & 16) |

Mychal Reed ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this action. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 13, 2018, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending "that all claims and defendants be dismissed, except for Plaintiff's claim against Defendant Madsen for violating the Americans with Disabilities Act." (ECF No. 16, p. 2).

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed, and Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on September 13, 2018, are ADOPTED in full;
2. All claims and defendants are dismissed, except for Plaintiff's claim against Defendant Madsen for violating the Americans with Disabilities Act; and
3. The Clerk of Court is DIRECTED to reflect the dismissal of defendants P. Vera, A. Limon, and Scott Kernan on the Court's docket.

IT IS SO ORDERED.

Dated:  November 5, 2018

SENIOR DISTRICT JUDGE