

MAR 07 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL REED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. MADSEN,<br><br>　　　　Defendant. | Case No. 1:18-cv-00297-AWI-EPG (PC)<br><br>NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THAT THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF NO. 36)<br><br>**As to Mychal Reed, CDC# AE-9821** |

A settlement conference in this case commenced on March 7, 2019, at 9:30 a.m., and plaintiff Mychal Reed, inmate, has given testimony before the Court. Inmate witness **Mychal Reed, CDC# AE-9821**, is no longer needed by the Court as a witness in these proceedings, and the Writ of Habeas Corpus Ad Testificandum as to this inmate, issued on February 1, 2019, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 3/7/19

UNITED STATES MAGISTRATE JUDGE