UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL REED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. MADSEN,<br><br>　　　　　Defendant. | Case No. 1:18-cv-00297-AWI-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR TRANSCRIPTS OF MARCH 7, 2019 SETTLEMENT CONFERENCE<br><br>(ECF NO. 42) |

Mychal Reed ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.

On March 12, 2019, Plaintiff filed a request for transcripts of March 7, 2019 settlement conference ("the Request"). (ECF No. 42). Plaintiff states that a court reporter was present and transcribed the conference's proceedings to Plaintiff.

Plaintiff is incorrect that a court reporter was present. As noted in the minutes of the settlement conference (ECF No. 39), the settlement conference was off the record, and no court reporter was present. While a CART interpreter was present, no transcripts were created.

Accordingly, IT IS ORDERED that the Request is DENIED.

IT IS SO ORDERED.

　Dated: __**March 13, 2019**__　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1