UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL REED,<br><br>        Plaintiff,<br><br>v.<br><br>D. MADSEN,<br><br>        Defendant. | Case No. 1:18-cv-00297-AWI-EPG (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND SCHEDULING CONFERENCE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NOS. 45 & 51) |

On April 2, 2019, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 51). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, IT IS ORDERED that:

1. The Initial Scheduling Conference set for April 8, 2019, is VACATED.
2. The Order and Writ of Habeas Corpus ad Testificandum to Transport Mychal Reed, CDC #AE-9821 to the Initial Scheduling Conference (ECF No. 45) is VACATED.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

    Dated: **April 2, 2019**                        /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE